Case: 4:17cv760

Mahsa P Khyavi
1440 Carrollton Parkway
Suite 18304
Carrollton, TX 75010

**CERTIFIED MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090
OFFICIAL BUSINESS

RECEIVED
NOV 17 2017    7016 2070 0000 8071 4746

Clerk, U.S. District Court
Texas Eastern



02 1P    $ 006.98⁰
0000866688    OCT 25 2017
MAILED FROM ZIP CODE 75090



NIXIE        750    DE 1            0011/11/17
    RETURN TO SENDER
    INSUFFICIENT ADDRESS
    UNABLE TO FORWARD
BC: 75090598937    *0934-01648-25-44