Case: 4:17cv760

Mahsa P Khyavi
1440 Carrollton Parkway
Suite 18304
Carrollton, TX 75010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

OFFICIAL BUSINESS



RECEIVED
DEC 08 2017
Clerk, U.S. District Court
Texas Eastern



UNITED STATES POSTAGE
02 1P
0000866688    OCT 25 2017
$ 006.98⁰
MAILED FROM ZIP.CODE 75090
PITNEY BOWES

NIXIE        750  5E  1           2211/12/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75090598937      *0934-01646-25-44