**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **MAHSA P KHYAVI and PARVIZ PHARMACEUTICALS AND HEALTH SYSTEMS,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO. 4:17-CV-00760-ALM-CAN** |
| **vs.** | ) ) | |
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE,** | ) ) ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned attorney, Joseph A. Unis, Jr., enters his appearance as co-counsel in the above-referenced matter on behalf of Defendant President and Fellows of Harvard College ("Harvard").

Mr. Unis is a member in good standing of the State Bar of Texas.  Information for Mr. Unis is as follows:

| | |
|---|---|
| Mailing address: | Joseph A. Unis, Jr. |
| | LOCKE LORD LLP |
| | 2200 Ross Avenue, Suite 2800 |
| | Dallas, Texas 75201-6776 |
| Telephone: | (214) 740-8000 |
| Facsimile: | (214) 740-8800 |
| State Bar number: | 24075625 |

Please provide Mr. Unis with copies of all correspondence, pleadings or other documents in this case.

Dated:  December 11, 2017.                     Respectfully submitted,

/s/ *Joseph A. Unis, Jr.*

**Kimberly F. Williams**
Texas Bar No. 24050592
**Joseph A. Unis, Jr.**
Texas Bar No. 24075625
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
T: (214) 740-8589
kwilliams@lockelord.com

**ATTORNEYS FOR PRESIDENT AND
FELLOWS OF HARVARD COLLEGE**


## CERTIFICATE OF SERVICE

I certify that on December 11, 2017, I served a copy of this document on the following via regular U.S. mail and certified mail, return receipt requested, at the address shown below:

Mahsa P Khyavi
1440 Carrollton Pkwy. #18304
Carrollton, TX  75010
T: (972) 767-9401
*Proceeding Pro Se*

/s/ *Joseph A. Unis, Jr.*

NOTICE OF APPEARANCE OF COUNSEL – PAGE **2**