IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MAHSA P. KHYAVI AND PARVIZ PHARMACEUTICALS AND HEALTH SYSTEMS, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:17-CV-00760-ALM-CAN |
| v. | § § | |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | § § § | |
| Defendant. | § | |

### ORDER

Pending before the Court is Defendant President and Fellows of Harvard College's ("Defendant") Emergency Motion to Stay All Discovery and to Continue the Rule 26(f) Conference Deadline ("Motion") [Dkt. 13]. Defendant requests therein to stay discovery, including specifically initial disclosures, and to continue the Rule 26(f) conference deadline, currently set for November 14, 2017, until the Court rules on Defendant's other pending motions [Dkt. 13 at 2]. Aside from the present Motion, on October 30, 2017, Defendant filed: a Motion

---

ATES DISTRICT COURT
DISTRICT OF TEXAS
States Courthouse
0 Preston Road
no, Texas 75024
FICIAL BUSINESS

Mahsa P Khyavi
1440 Carrollton Parkway
Suite 18304
Carrollton, TX 75010

NIXIE    750   PE 1    0012/08/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75024236099   *1134-00259-13-40