IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MAHSA P. KHYAVI AND PARVIZ PHARMACEUTICALS AND HEALTH SYSTEMS, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:17-CV-00760-ALM-CAN |
| v. | § § § | |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | § § § | |
| Defendant. | § | |

### ORDER

Pending before the Court is Defendant President and Fellows of Harvard College's ("Defendant") Emergency Motion to Stay All Discovery and to Continue the Rule 26(f) Conference Deadline ("Motion") [Dkt. 13]. Defendant requests therein to stay discovery, including specifically initial disclosures, and to continue the Rule 26(f) conference deadline, currently set for November 14, 2017, until the Court rules on Defendant's other pending motions [Dkt. 13 at 2]. Aside from the present Motion, on October 30, 2017, Defendant filed: a Motion

ATES DISTRICT COURT
DISTRICT OF TEXAS
d States Courthouse
40 Preston Road
ano, Texas 75024
FFICIAL BUSINESS

CERTIFIED MAIL

7014 2120 0004 3005 4788





RTS
NOT LISTED
AT ADDRESS

NIXIE    750  FE 1         0012/08/17
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 75024236099      *1134-06161-13-38

Mahsa P Khyavi
1440 Carrollton Parkway
Suite 18304
Carrollton, TX 75010