IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MAHSA P. KHYAVI and PARVIZ PHARMACEUTICALS AND HEALTH SYSTEM, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:17-CV-00760-ALM-CAN |

## SHOW CAUSE ORDER

On October 24, 2017, the Court entered an Order Governing Proceedings setting this case for a Rule 16 Management Conference on December 13, 2017 at 2:30 p.m., before the undersigned [Dkt. 6]. Subsequently, Defendant filed several motions, including Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Improper Venue, Motion to Dismiss Parviz Pharmaceuticals and Health Systems as a Plaintiff in this Suit, and Motion for More Definite Statement [Dkts. 8, 9, 10, 12]. The Court set each of Defendant's Motions for hearing on December 13, 2017 at 2:30 p.m. [Dkt. 14]. The Court further ordered the Parties to meet confer pursuant to Rule 26 on or before Friday, December 8, 2017, and to thereafter submit a joint Rule 26(f) conference report [Dkt. 14]. Defendant advised the Court, on December 11, 2017, that notwithstanding repeated attempts, Plaintiffs failed to respond to Defendant's communications and failed to comply with the Court's directive to discuss the matters contained in Rule 26(f) [Dkt. 19].

On Wednesday, December 13, 2017, the Court conducted the Rule 16 Management Conference in this matter and called for hearing each of Defendant's pending Motions. Plaintiffs failed to appear, despite being ordered to do so.

Plaintiffs must appear before the United States District Court for the Eastern District of Texas on ***Thursday, December 28, 2017 at 1:30 p.m.*** at the United States Courthouse Annex, 200 N. Travis Street, Sherman, Texas to show cause why Plaintiffs' Complaint should not be dismissed for: (1) failure to comply with Court's Orders; (2) failure to appear at the December 13, 2017 Rule 16 Management Conference and Motions hearing; and/or (3) failure to prosecute this action. At the hearing, Plaintiffs must personally appear before the Court, and Defendant may appear telephonically. Defendant shall contact Chambers to receive instructions regarding how to appear by telephone. Accordingly,

It is therefore **ORDERED** that this matter is set for show cause hearing on ***Thursday, December 28, 2017 at 1:30 p.m.*** at the United States Courthouse – Annex, 200 N. Travis Street, Sherman, Texas before the undersigned. Plaintiffs must show cause for why they failed to appear at the Rule 16 Management Conference and motions hearing scheduled on December 13, 2017 and also for their repeated failure to comply with the Court's Orders.

It is further **ORDERED** that the Clerk of Court shall send a copy of this Order to the following address via certified and regular mail:

Mahsa P. Khyavi

1440 Carrollton Parkway, No. 18304

Carollton, TX 75010

It is finally **ORDERED** that the failure of Plaintiffs to comply with this Order will result in a recommendation for the dismissal of the claims filed by Plaintiffs without further notice.

    **IT IS SO ORDERED**.

    **SIGNED this 14th day of December, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE