# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MAHSA P. KHYAVI and PARVIZ PHARMACEUTICALS AND HEALTH SYSTEM, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | CIVIL ACTION NO. 4:17-CV-00760-ALM-CAN |

## SHOW CAUSE ORDER

On October 24, 2017, the Court entered an Order Governing Proceedings setting this case for a Rule 16 Management Conference on December 13, 2017 at 2:30 p.m., before the undersigned [Dkt. 6]. Subsequently, Defendant filed several motions, including Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Improper Venue, Motion to Dismiss





RECEIVED

DEC 27 2017

Clerk, U.S. District Court
Texas Eastern



NIXIE      750  FE 1           0012/22/17
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 75024236099        *0834-07808-15-42

Mahsa P Khyavi
1440 Carrollton Parkway, No. 183
Carrollton, TX 75010