# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MAHSA P. KHYAVI and PARVIZ PHARMACEUTICALS AND HEALTH SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | CIVIL ACTION NO. 4:17-CV-00760-ALM-CAN |

## SHOW CAUSE ORDER

On October 24, 2017, the Court entered an Order Governing Proceedings setting this case for a Rule 16 Management Conference on December 13, 2017 at 2:30 p.m., before the undersigned [Dkt. 6]. Subsequently, Defendant filed several motions, including Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Dismiss for Improper Venue, Motion to Dismiss

---

ATES DISTRICT COURT
DISTRICT OF TEXAS
States Courthouse
40 Preston Road
no, Texas 75024
FICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.46⁰
0000810936 DEC 15 2017
MAILED FROM ZIP CODE 75090

RECEIVED
DEC 27 2017
Clerk, U.S. District Court
Texas Eastern

NIXIE 750 FE 1 0012/22/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75024236099  *0834-01745-15-43

Mahsa P Khyavi
1440 Carrollton Parkway, No. 18304
Carrollton, TX 75010