# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MAHSA P. KHYAVI, ET AL. | § |
| | § Civil Action No. 4:17-CV-760 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| PRESIDENT AND FELLOWS OF | § |
| HARVARD COLLEGE | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2017, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Plaintiffs Mahsa P. Khyavi and Parviz Pharmaceuticals and Health System's claims be dismissed pursuant to Federal Rule of Civil Procedure 41, and that each of Plaintiffs' claims against Defendant President and Fellows of Harvard College be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
 **SIGNED this 31st day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE